*Judge Berman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ENEAQUA LEWIS,

               Plaintiff,

   -against-

THE CITY OF NEW YORK, NEW YORK
CITY CORRECTIONS OFFICER VINES,
NEW YORK CITY CORRECTIONS OFFICER
DAWSON, NEW YORK CITY CORRECTIONS
OFFICER MARTIN, NEW YORK CITY
CORRECTIONS OFFICER PALMER, NEW YORK
CITY CORRECTIONS OFFICER MORENO, MARTIN F. HORN,
personally and as Commissioner of the New York City Department of
Corrections and NEW YORK CITY CORRECTIONS
OFFICERS JANE/JOE DOE(S) 1-10,

               Defendants.
----------------------------------------X

AFFIDAVIT
OF SERVICE

Case No.: 04 CV 3696(RMB)

    Under the penalties of perjury and CPLR § 3126, I hereby affirm that I am over the age of eighteen and am not a party to this action. I delivered two true copies of the Summons and Complaint, Individual Practices of United States District Judge Richard M. Berman, USDC/SDNY Instructions for Filing an Electronic Case or Appeal, USDC/SDNY Procedures for Electronic Case Filing, USDC/SDNY Guidelines for Electronic Case Filing and Individual Rules of Practice of Judge Kevin Nathaniel Fox, upon the defendant The City of New York, via its agent:

   Celeste Spiridigliozzi, Supervisor
   Corporation Counsel for the City of New York
   100 Church Street, 4th Floor
   New York, New York 10007

    Ms. Spiridigliozzi is approximately thirty five years old. She has brown, long, straight hair tied in a bun. Her height is approximately 5' 9", and her weight is approximately 165 pounds. I delivered the above documents on May 18, 2004 at 3:24 p.m.

Dated: **New York, NY**
        **May 18, 2004**

_____
By: Malgorzata Balaban
371 E. 150 Street
Bronx, NY 10455

Sworn to before me this
this 1st day of June, 2004

Eric Broutman
Notary Public, State of New York
No. 02BR6100263
Qualified in New York County
Commission Expires October 14, 2007