*Judge Berman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————X

ENEAQUA LEWIS,

                              Plaintiff,

                    -against-                                      AFFIDAVIT
                                                                   OF SERVICE

                                                                   Case No.: 04 CV 3696(RMB)

THE CITY OF NEW YORK, NEW YORK
CITY CORRECTIONS OFFICER VINES,
NEW YORK CITY CORRECTIONS OFFICER
DAWSON, NEW YORK CITY CORRECTIONS
OFFICER MARTIN, NEW YORK CITY
CORRECTIONS OFFICER PALMER, NEW YORK
CITY CORRECTIONS OFFICER MORENO, MARTIN F. HORN,
personally and as Commissioner of the New York City Department of
Corrections and NEW YORK CITY CORRECTIONS
OFFICERS JANE/JOE DOE(S) 1-10,

                              Defendants.

——————————————————————X

       Under the penalties of perjury and CPLR § 3126, I hereby affirm that I am over the age of
eighteen and am not a party to this action. I delivered two true copies of the Summons and
Complaint, Individual Practices of United States District Judge Richard M. Berman, USDC/SDNY
Instructions for Filing an Electronic Case or Appeal, USDC/SDNY Procedures for Electronic Case
Filing, USDC/SDNY Guidelines for Electronic Case Filing and Individual Rules of Practice of Judge
Kevin Nathaniel Fox, upon defendant Martin F. Horn, via its agent:

       Rosa Lopez, Program Specialist
       Legal Division
       Department of Correction
       60 Hudson Street, Room 604
       New York, New York 10013

       Ms. Lopez is approximately forty years old. She has light long hair and wears glasses. Her
height is approximately 5'2", and her weight is approximately 180 pounds. I delivered the above
documents on June 3, 2004 at 10:25 A.M.

Dated:  **New York, NY**
        **June 3, 2004**

Maria Dominguez
100 West 105th Street, B2
New York, NY 10025

Sworn to before me this
this 3rd day of June, 2004

_____
Notary Public

Eric Broutman
Notary Public, State of New York
No. 02BR6100283
Qualified in New York County
Commission Expires October 14, 2007