# MEMO ENDORSED



NOV 24 2004

**THE CITY OF NEW YORK**

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

SHERYL BRUZZESE
Phone: (212) 788-0893
Fax: (212) 788-9776
Sbruzzese@law.nyc.gov

November 24, 2004

**BY FAX WITH PERMISSION**
The Honorable Richard M. Berman
United States District Court Judge
United States District Court
Southern District of New York
40 Centre Street, Courtroom 706
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-29-04

Re: Eneaqua Lewis et al. v. City of New York, et. al.,
04 CV 3696 (RMB)

Your Honor:

I am an Assistant Corporation Counsel with the New York City Law Department assigned to the defense of the above-referenced case. I write to respectfully request that the Court adjourn the November 29, 2004 status conference in this case until a date in late January that may be convenient for the Court. I make this request because, unfortunately, the criminal matter is still pending and we are hopeful that there may be a resolution by January of 2005. Plaintiff's counsel, David Zelman, Esq. consents to this request.

*Adjourned to* ~~If the criminal case is resolved bef~~ore the January 2005 conference, defendants will promptly notify the Court.

*1/28/05 @ 10:00 AM*

Thank you for your consideration.

SO ORDERED:
Date: 11/26/04  *Richard M. Berman*
Richard M. Berman, U.S.D.J.

Respectfully submitted,

*Sheryl Bruzzese*
Sheryl A. Bruzzese (SB 5680)
Assistant Corporation Counsel

cc: David Zelman, Esq. (by fax 718-604-3074)
    *Attorney for Plaintiff*