**MEMO ENDORSED**



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

SHERYL BRUZZESE
Phone: (212) 788-0893
Fax: (212) 788-9776
Sbruzzese@law.nyc.gov

February 28, 2005

**BY FAX**
The Honorable Richard M. Berman
United States District Court Judge
United States District Court
Southern District of New York
40 Centre Street, Courtroom 706
New York, New York 10007

Re: <u>Eneaqua Lewis et al. v. City of New York, et. al,</u>
04 CV 3696 (RMB)

Your Honor:

    I am an Assistant Corporation Counsel with the New York City Law Department assigned to the defense of the above-referenced case. I write to respectfully request that the Court adjourn the March 4, 2004 status conference in this case until a date in April, preferably between April 11, 2005 and April 21, 2005 that may be convenient for the Court. I make this request because, unfortunately, the criminal matter is still pending. The assigned Assistant District Attorney informed me that both sides were ready for trial last week, but there were no parts available. As such, the case was adjourned to March 30, 2005. We are hopeful that the criminal case will be resolved on or before April 11, 2005. Plaintiff's counsel, David Zelman, Esq. consents to this request.

    Thank you for your consideration.

Adjourned to 4/19/05 @
10:00 A.M.

Respectfully submitted,

Sheryl A. Bruzzese (SB 5680)
Assistant Corporation Counsel

cc: David Zelman, Esq. (by fax 718-604-3074)
*Attorney for Plaintiff*

SO ORDERED:
Date: 3/2/05    Richard M. Berman
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/05



THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007
### FACSIMILE TRANSMISSION

| | | | |
|---|---|---|---|
| TO: | Judge Berman<br>David Zelman, Esq. | FROM: | Sheryl Bruzzese<br>Phone: (212) 788-0893<br>Fax: (212) 788-9776<br>Sbruzze@law.nyc.gov |
| FAX #: | 212-805-6717<br>718-604-3074 | DATE: | FEB 28, 2005 |

You should receive __1 PAGE__ , not including this one.
Please contact me if you do not receive all pages.

This facsimile contains CONFIDENTIAL INFORMATION which may also be LEGALLY PRIVILEGED. It is intended only for use of the addressee(s) named above. If you are neither the intended recipient of this facsimile nor the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that disseminating or copying this facsimile is prohibited. If you have received this facsimile in error, please notify this office by telephone and return the original to the address set forth by the United States Postal Service. Thank you.

## Message:

Re:  Eneaqua Lewis et al. v. City of New York, et. al,
     04 CV 3696 (RMB)