04/15/05 FRI 16:25 [TX/RX NO 9809]

**MEMO ENDORSED**



THE CITY OF NEW YORK

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

SHERYL BRUZZESE
Phone: (212) 788-0893
Fax: (212) 788-9776
Sbruzzese@law.nyc.gov

April 15, 2005

**BY FAX WITH PERMISSION**
The Honorable Richard M. Berman
United States District Court Judge
United States District Court
Southern District of New York
40 Centre Street, Courtroom 706
New York, New York 10007

May 31, '05 @ 10:30

SO ORDERED:
Date: 4/17/05   *Richard M. Berman*
Richard M. Berman, U.S.D.J.

Re: Eneaqua Lewis et al. v. City of New York, et al.
04 CV 3696 (RMB)

Your Honor:

    I am an Assistant Corporation Counsel with the New York City Law Department assigned to the defense of the above-referenced case. I write to adjourn the April 19, 2005 status conference in this case. I apologize that this request is not made 48 business hours in advance, as is required by Your Honor's individual rules.

    As background, this case has been temporarily stayed until the underlying criminal charges are resolved. On April 12, 2005, I received a phone call from the Bronx District Attorney's Office informing me that the case was set to go to trial on April 14, 2005 and that it looked like the case would actually go forward on that date. Both Mr. Zelman and the Bronx County District Attorney's Office called me today to inform me that the criminal court judge adjourned the trial until May 11, 2005. Accordingly, I write on behalf of both parties to respectfully request that the Court adjourn the April 19, 2005 status conference in this case until a date after May 11, 2005 that may be convenient for the Court.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/18/05

Thank you for your consideration.

Respectfully submitted,

Sheryl A. Bruzzese (SB 5680)
Assistant Corporation Counsel

cc: David Zelman, Esq. (by fax 718-604-3074)
*Attorney for Plaintiff*