05/27/05 FRI 15:22 [TX/RX NO 9956]

ECF

RECEIVED
2 2005
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

MEMO ENDORSED

THE CITY OF NEW YORK
**LAW DEPARTMENT**

MICHAEL A. CARDOZO
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

SHERYL BRUZZESE
Phone: (212) 788-0893
Fax: (212) 788-9776
Sbruzzese@law.nyc.gov

May 27, 2005

**BY FAX WITH PERMISSION**
The Honorable Richard M. Berman
United States District Court Judge
United States District Court
Southern District of New York
40 Centre Street, Courtroom 706
New York, New York 10007

Adjourned to 7/12/05 @ 10:00

SO ORDERED:
Date: 5/27/05 Richard M. Berman, U.S.D.J.

Re: Eneaqua Lewis et al. v. City of New York
04 CV 3696 (RMB)

Your Honor:

I am an Assistant Corporation Counsel with the New York City Law Department assigned to the defense of the above-referenced case. I write on behalf of both parties to respectfully request that the Court adjourn the May 31, 2005 10:30 a.m. status conference in this case until a date after June 14, 2005.

As the Court may recall, discovery is this matter is currently stayed until the criminal case is resolved. We assumed the criminal trial would be completed by May 31, 2005. However, it has just come to my attention that the criminal trial was once again adjourned until June 14, 2005. Accordingly, I write on behalf of both parties to respectfully request that the May 31, 2005 status conference be adjourned until a date after the criminal trial is completed.

Thank you for your consideration.

U.S. DISTRICT COURT FILED MAY 31 2005 S.D. OF N.Y.

MICROFILM MAY 31 2005 -12 00 PM

Respectfully submitted,

Sheryl A. Bruzzese (SB 5680)
Assistant Corporation Counsel

cc: David Zelman, Esq. (by fax)
*Attorney for Plaintiffs*