UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
Enecqua ~~Davis~~ Lewis
                Plaintiff(s),                    **Case Management Plan**

        -v-                                      04 CV. 3696 (RMB)

City of New York
                Defendant(s).
-----------------------------------X

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by  30 days to join ~~ten days after initial disc~~

(ii)  Amend the pleadings by  30 days to amend ~~ten days~~

(iii) All discovery to be expeditiously completed by ~~April 31, 2005~~  10/28/05 (FINAL) RMB

(iv)  Consent to Proceed before Magistrate Judge  discovery yes

(v)   Status of settlement discussions  ongoing

Sections vi through xi will be set at conference with the Court.

(vi)   Motions_____

(vii)  Oral Argument_____

(viii) Joint Pre-Trial Order to be submitted by_____

(ix)   Final Pre-Trial Conference_____

(x)    Trial  letter by 7/15/05 re: change in caption

(xi)   Other  Refer all pretrial issues to Mag. Fox

SO ORDERED: New York, New York
            7/12/05

                                        RMB
                                        _____
                                        Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 7/12/05