```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ENEAQUA LEWIS,                                          :

        Plaintiff,                                     :        **ORDER**

        -against-                                        :        04 Civ. 3696 (RMB)(KNF)

CITY OF NEW YORK, ET AL.,                               :

        Defendants.                                    :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that the telephonic conference in the above-captioned action, previously scheduled for September 1, 2005, at 10:15 a.m., will be held on October 4, 2005, at 2:00 p.m.

Dated: New York, New York
       August 29, 2005

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies faxed to:

David A. Zelman
Sheryl Bruzzese