```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ENEAQUA LEWIS,                                :

            Plaintiff,                          :            **ORDER**

        -against-                                 :            04 Civ. 3696 (RMB)(KNF)

CITY OF NEW YORK, ET AL.,              :

           Defendants.                       :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that initial pretrial conference in the above-captioned action, previously scheduled for October 4, 2005, will be held on October 6, 2005, at 10:15 a.m.

Dated: New York, New York
       August 30, 2005

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE