UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

ENEAQUA LEWIS,                               :

            Plaintiff,              :            ORDER

          -against-                       :            04 Civ. 3696 (RMB)(KNF)

CITY OF NEW YORK, ET AL.,            :

           Defendants.         :
------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/05

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Based upon the memorandum endorsement dated October 17, 2005, made by the assigned district judge on a writing dated October 12, 2005, submitted by counsel to the defendants, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, shall be initiated so as to be completed on or before November 28, 2005;

2. a settlement conference shall be held with the parties on December 8, 2005, at 10:45 a.m., in Courtroom 519, 40 Centre Street, New York, New York. The procedures under which the settlement conference will be conducted must be accessed electronically by the parties via the Court's website at: www.nysd.uscourts.gov/judges/USMJ/foxk.htm;

3. in the absence of the filing of any dispositive motion, the parties' joint pretrial order shall be submitted to the Court on or before December 30, 2005; and

4.    a final pretrial conference will be held with the parties on January 5, 2006, at 10:30 a.m., in Courtroom 519, 40 Centre Street, New York, New York.

Dated: New York, New York
       October 31, 2005

SO ORDERED:

*/s/ Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE