UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

ENEAQUA LEWIS,                                        :

              Plaintiff,                         :         ORDER

          -against-                              :         04 Civ. 3696 (RMB)(KNF)

CITY OF NEW YORK, NEW YORK CITY :
CORRECTIONS OFFICER VINES, NEW
YORK CITY CORRECTIONS OFFICER    :
DAWSON, NEW YORK CITY CORREC-
TIONS OFFICER MARTIN, NEW YORK   :
CITY CORRECTIONS OFFICER PALMER,
NEW YORK CITY CORRECTIONS          :
OFFICER MORENO, MARTIN F. HORN,
personally and as Commissioner of the New :
York City Department of Corrections and
NEW YORK CITY CORRECTIONS          :
OFFICER JANE/JOHN DOE(S) 1-10,

                                          :

              Defendants.
------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/06

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that the New York City Department of Corrections disclose to the plaintiff all documents in its possession pertaining to the arrest of Aminata Yartem, on January 17, 2003, including, but not limited to, Use of Force Packet No. 0055/03 and any corresponding Gang Intelligence Packet. To the extent the above-described documents are sealed, pursuant to New York's Criminal Procedure Law § 160.50, they shall be unsealed solely

for the purpose of disclosing them to the plaintiff and, thereafter, the documents shall be resealed and remain sealed pursuant to the applicable provision of New York's Criminal Procedure Law.

Dated: New York, New York
January 10, 2006

SO ORDERED:

/Kevin Nathaniel Fox/
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE