UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ENEAQUA LEWIS,

                                  Plaintiff,

        -against-

CITY OF NEW YORK, NEW YORK CITY
CORRECTIONS OFFICER VINES, NEW YORK CITY
CORRECTIONS OFFICER DAWSON, NEW YORK CITY
CORRECTIONS OFFICER MARTIN, NEW YORK CITY
CORRECTIONS OFFICER PALMER, NEW YORK CITY
CORRECTIONS OFFICER MORENO, MARTIN F.
HORN, personally and as Commissioner of the New York
City Department of Corrections and NEW YORKCITY
DEPARTMENT OF CORRECTIONS JANE/JOHN DOE(S)
1-10,

                                  Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

04 CV 3696 (RMB)

To the Clerk of this Court and all parties of record:

        Please enter my appearance as counsel for defendants City of New York, Martin Horn, Vanessa Vines, Monique Dawson, Phillis Martin, Virginia Palmer and Myra Marrero.

Dated: New York, New York
       October 15, 2006

                                  MICHAEL A. CARDOZO
                                  Corporation Counsel of the
                                  City of New York
                                  Attorney for Defendants
                                  100 Church Street, Room 3-143
                                  New York, New York 10007
                                  (212) 788-1575

                             By: _____
                                  M. Vivian Najib (MN6002)
                                  Assistant Corporation Counsel

TO:    Clerk of the Court (by ECF)
Southern District of New York
500 Pearl Street
New York, New York 10007

Mr. David Zelman, Esq. (by ECF and fax)
Attorney for Plaintiff
225 Broadway, 38th Floor
New York, NY 10007

cc:    The Honorable Richard M. Berman (by ECF)
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007