USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ENEAQUA LEWIS,                                      :

              Plaintiff,                           :          **ORDER**

         -against-                               :          04 Civ. 3696 (RMB)(KNF)

CITY OF NEW YORK, ET AL.,              :

            Defendants.                       :
-------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-

captioned action on July 10, 2007, at 2:15 p.m.  The telephonic conference shall be initiated by

counsel to the plaintiff to (212) 805-6705.


Dated: New York, New York                    SO ORDERED:
       May 11, 2007

                                          _Kevin Nathaniel Fox_
                                 KEVIN NATHANIEL FOX
                                 UNITED STATES MAGISTRATE JUDGE