**MEMO ENDORSED** David A. Zelman, Esq.
Law Office of David A. Zelman
612 Eastern Parkway
Brooklyn, NY 11225
(718) 604-3072

JUN 29 2007

Via Fax: 212 805 6712
Honorable Kevin N. Fox
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

June 29, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 7/3/07

Re:   Lewis v. The City of New York
      Index #: 04-CV-3696

Honorable Kevin N. Fox:

I am the attorney for the plaintiff in this matter. As discussed with the docketing clerk, the parties wish to convert the July 10, 2:15 PM telephone conference into an in person conference to discuss settlement. If a settlement cannot be reached the parties are prepared to discuss the remaining discovery in this action. The parties would like the plaintiff to attend the conference and for a decision maker to be available by telephone on behalf of the City of New York.

Thank-you for your anticipated cooperation.

6/29/07
It is not possible to have a settlement conference on July 10, 2007, because of other cases previously scheduled for conferences on that date. In any event, the parties may convert their telephonic conference into an in-person conference on July 10, 2007, at 2:15 p.m.

Very Truly Yours:

David A. Zelman

Via Fax: Vivian Najib, Esq.   SO ORDERED:
                              Kevin Nathaniel Fox
                              KEVIN NATHANIEL FOX, U.S.M.J.