**MEMO ENDORSED**  David A. Zelman, Esq.
Law Office of David A. Zelman
612 Eastern Parkway
Brooklyn, NY 11225
(718) 604-3072



JUL - 9 2007

KEVIN N. FOX
U.S. MAGISTRATE JUDGE

Via Fax: 212 805 6712
Honorable Kevin N. Fox
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/9/07

July 9, 2007

Re:   Lewis v. The City of New York
      Index #: 04-CV-3696

Honorable Kevin N. Fox:

Currently there is a discovery conference scheduled in this matter tomorrow at 2:15. PM The parties request that the conference be rescheduled as a phone conference at 4 or 4:30 PM tomorrow instead of 2:15. PM The undersigned has a conflict with the 2:15 PM conference. If those times are inconvenient for the Court, the parties request a phone conference on either Jury 30 or July 31 at 4: PM.

Thank-you for your anticipated cooperation.

7/9/07
The conference previously scheduled for July 10, 2007, will be held via telephone on July 30, 2007 at 2:00 p.m. Counsel to the plaintiff shall initiate the telephonic conference on that date.
SO ORDERED:
Kevin Nathaniel Fox, U.S.M.J.

Very Truly Yours:

David A. Zelman

Via Fax: Vivian Najib, Esq.