UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ENEQUA LEWIS,

                         Plaintiff,                        04 Civ. 3696 (RMB)

     -against-                            **ORDER OF DISCONTINUANCE**

CITY OF NEW YORK, et. al.

                        Defendant.
------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

Based on the parties' failure to appear on September 24, 2007 for a scheduled settlement conference with principals, it is hereby

**ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that within thirty (30) days of the date of this Order, counsel for plaintiff and/or defendant may apply by letter showing good cause why this action should be restored to the calendar.

**SO ORDERED.**

Dated: New York, New York
       September 24, 2007

                                                  Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/25/2007